FILED
FEB 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

1 COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

2 Name: __HUDSON__   __TORIANO__   __GERMAINE__
        (Last)         (First)        (Middle)

4 Prisoner Number: __# CC14GJ994__

5 Institutional Address: __901 Court St__
   __Martinez CA 94553__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 15 787 HRL

__TORIANO GERMAINE HUDSON JR__ )
(Enter your full name.)                )
                                       )
         vs.                           ) Case No. _____
                                       ) (Leave blank; to be provided by Clerk of Court)
__RICHMOND POLICE DEPT__               )
_____              ) COMPLAINT UNDER THE
_____              ) CIVIL RIGHTS ACT,
                                       ) 42 U.S.C. § 1983
(Enter the full name(s) of the defendant(s) in this action.)

## I. Exhaustion of Administrative Remedies.

Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __MARTINEZ DETENTION FACILITY MARTINEZ CA__

B. Is there a grievance procedure in this institution?   YES ☐   NO ☒

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: __N/A__
   _____
   _____

COMPLAINT Page 1 of 4

1  　　2. First formal level: _____

2  　　_____

3  　　_____ N/A _____

4  　　3. Second formal level: _____

5  　　_____

6  　　_____

7  　　4. Third formal level: _____

8  　　_____

9  　　_____

10  E.  Is the last level to which you appealed the highest level of appeal available to you?

11  　　　　YES ☒　　　　NO ☐

12  F.  If you did not present your claim for review through the grievance procedure, explain why.

13  　　THIS IS A CIVIL SUIT AGAINST THE

14  　　RICHMOND POLICE DEPT & ITS OFFICERS

15  　　_____

16  II.  Parties.

17  A.  Write your name and present address. Do the same for additional plaintiffs, if any.

18  　　TORIANO G. HUDSON 901 COURT ST. MARTINEZ CA. 94553

19  　　M.A. 3921 FLEMING AVE RICHMOND CA. 94804

20  　　_____

21  B.  For each defendant, provide full name, official position and place of employment.

22  　　OFFC. DIAZ　　　　RICHMOND POLICE DEPARTMENT

23  　　OFFC. BROWN　　　　"　　R.P.D.

24  　　OFFC. OJO　　　　　　"　　R.P.D.

25  　　"　SGT. STONEBRAKER　　R.P.D

26  　　OFFC. REID　　　　　　R.P.D

27  　　OFFC. MARWEG　　　　R.P.D

28  　　OFFC. SOUZA　　　　　R.P.D

COMPLAINT *Page 2 of 4*

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON JANUARY 17, 2014 I SUFFERED A SEIZURE WHILE DRIVING MY SUV, CAUSING AN ACCIDENT. WHILE I WAS DELUSSIONAL AND INCOHERENT OFFICERS FROM THE R.P.D. TOOK ME FROM THE REAR OF THE PATROL VEHICLE AFTER I HAD BEEN ARRESTED AND HANDCUFFED AND HIT ME REPEATEDLY WITH METAL FLASHLIGHTS, CHOKED ME VIA KNEE TO NECK, PUNCHED ME IN MY FACE REPEATEDLY, KICKED ME IN THE MOUTH, AND SLAMMED MY FACE INTO THE PAVEMENT CAUSING MY TEETH TO SHATTER AND STITCHES TO BE PLACED IN MY LIP. 3 I'M LEGALLY DISABLED! WALK W/ CANE

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

WISH FOR $4,000,000.00 IN DAMAGES BUT TRYING TO SETTLE FOR $1,250,000.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 5 day of FEBUARY, 2015

_____
(Plaintiff's signature)

*Please continue to the next page.*

COMPLAINT *Page 3 of 4*

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 5 day of FEBUARY, 20 15

_Triano Hudson_
(Plaintiff's signature)

COMPLAINT *Page 4 of 4*