1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   TORIANO GERMAINE HUDSON,              No. C 15-787 SI (pr)

10              Plaintiff,                **ORDER EXTENDING DEADLINES**
                                          **AND PERMITTING DISCOVERY**
11        v.

12   RICHMOND POLICE DEPARTMENT;
    et al.,
13
                Defendants.
14   _____/

15

16        Defendants have filed a motion to continue the due date for their motion for summary

17   judgment for sixty days.  Upon due consideration of the motion and the accompanying

18   declaration of attorney Emilie de la Motte, the court GRANTS the motion to continue.  (Docket

19   # 30.)   The court now sets the following new briefing schedule for dispositive motions:

20   Defendants must file and serve their dispositive motion no later than **October 2, 2015**.  Plaintiff

    must file and serve on defense counsel his opposition to the dispositive motion no later than
21
    **October 30, 2015**.  Defendants must file and serve their reply brief (if any) no later than
22
    **November 13, 2015**.
23
          Defendants have filed a request for a court order to take plaintiff's deposition at the
24
    Martinez Detention Facility where he currently is housed.  Defendants state that the Martinez
25
    Detention Facility requires a court order prior to taking the deposition of an inmate.  Upon due
26

27

28

**United States District Court**
For the Northern District of California

consideration, the court GRANTS the request.  (Docket # 32.)  Defendants may take the deposition of the incarcerated plaintiff.  The parties also may engage in any other forms of discovery permitted under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
SUSAN ILLSTON
United States District Judge