FILED
SEP 19 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| TORIANO GERMAINE HUDSON SR. | CASE NO: CV-15-00787SI |
| PLAINTIFF, | |
| V. | SETTLEMENT PROPOSAL |
| RICHMOND POLICE DEPARTMENT, et al., | $175,000.00 |
| DEFENDANTS. | |

I AM ENTITLED TO A JURY TRIAL TO PROVE MY CASE UNDER Cal. Civ. Code § 52.1. AFTER FURTHER RESEARCH I HAVE BEEN ADVISED TO SETTLE FOR THE SUM OF $175,000.00. THAT'S THE $25,000.00 FOR EACH OFFICER LISTED IN THIS CLAIM. REGARDING THE OFFICERS WHO HIT ME, A SPLIT SECOND JUDGEMENT WAS NOT REQUIRED, AND MATERIAL ISSUES OF FACT EXIST AS TO WHETER THE OTHER OFFICERS ON THE SCENE HAD THE OPPORTUNITY TO PREVENT OFFICERS ANTHONY DIAZ, MIKE BROWN, IAN REID, AND MATT STONEBREAKERS USE OF EXCESSIVE FORCE.

AS IN SAUNDERS V. DUKE (2014 CA 11 Fla) MY HEAD WAS SLAMMED AGAINST THE PAVEMENT WITH EXTREME FORCE WHEN I HAD BEEN HANDCUFFED AND WAS LYING IN

(1)

PRONE POSITION ON THE GROUND. THE FORCE USED WAS UNNECESSARY, DISPROPORTIONATE, AND CONSTITUTIONALLY EXCESSIVE. THE INJURIES- LACERATIONS, INJURIES TO TEETH AND JAW, DAMAGES TO EARDRUM AND EMOTIONAL DISTRESS WERE NOT DE MINIMIS.

THE AMOUNT OF FORCE USED AGAINST ME WAS INAPPROPRIATE UNDER THE CIRCUMSTANCES, INFLICTED DISCERNABLE INJURY, AND WAS APPLIED MALICIOUSLY AND SADISTICALLY FOR THE VERY PURPOSE OF CAUSING ME HARM. THE EVIDENCE ALSO SHOWS THAT THE OFFICERS USED VARIOUS TYPES OF FORCE ON ME WHILE I WAS NOT RESISTING, WAS IN HANDCUFFS AND WAS ON MY STOMACH. WALTON V. GOMEZ (IN RE ESTATE OF BOOKER)(2014, CA 10 COLO) 745 F.3d 405

DATED: SEPTEMBER 13TH 2016

RESPECTFULLY SUBMITTED,
TORIANO G. HUDSON SR.

*Toriano Hudson*

COPIES TO DEFENDANTS & COURTS

(2)