UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

    Plaintiff,

    v.

DIAZ, et al.,

    Defendants.

Case No. 15-cv-00787-SI

**ORDER DENYING LEAVE TO FILE THIRD AMENDED COMPLAINT**

Re: Dkt. No. 76

Plaintiff's "request for third amended complaint" is DENIED.  (Docket No. 76)  The court long ago dismissed the Richmond Police Department (*see* Docket No. 57 at 3-4), and plaintiff may not file yet another proposed amended pleading trying to bring that defendant back into the action.  Further, plaintiff's conclusory allegations are insufficient to state a claim against the municipal defendant, and there is no need to further amend with regard to the seven individual defendants as to whom he had stated a claim in his second amended complaint.

**IT IS SO ORDERED**.

Dated:  November 29, 2016

SUSAN ILLSTON
United States District Judge