UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

    Plaintiff,

  v.

DIAZ, et al.,

    Defendants.

Case No. 15-cv-00787-SI   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on February 23, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Toriano Hudson Pro Se.

    (  ) Warden or warden's representative

    (  ) Office of the California Attorney General

    ( X ) Other: Blake Loebs and Shannon Moore.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1 ( X ) The parties are unable to reach an agreement at this time.

2 **IT IS SO ORDERED.**

3 Dated: February 23, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

    Plaintiff,

  v.

DIAZ, et al.,

    Defendants.

Case No. 15-cv-00787-SI (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toriano Germaine Hudson ID: AX4560
Corcoran State Prison - Housing 3A03-121
P.O. Box 3461
Corcoran, CA 93212

Dated: February 23, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3