UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON,<br>        Plaintiff,<br>    v.<br>DIAZ, et al.,<br>        Defendants. | Case No. 15-cv-00787-SI<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT**<br><br>Re: Dkt. Nos. 84, 87 |

      Plaintiff's motion for appointment of counsel to represent him in this action is GRANTED. (Dkt. Nos. 84, 87.)  Plaintiff, having requested and being in need of counsel to assist him in this matter, plaintiff is referred to the Federal Pro Bono Project in the manner set forth below so that an attorney may be located for him:

      (1)    The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order and (b) a memorandum outlining the facts and procedural posture of the action.

      (2)    Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

      (3)    All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

      Plaintiff's motion at Docket No. 84 is ambiguous as to whether plaintiff wants an attorney for this action or for some other action he wants to file.  The court is not granting plaintiff's

request for appointment of counsel to help him with some other unidentified action he may want to file. Counsel is only being sought for this action.

**IT IS SO ORDERED**.

Dated: March 3, 2017

_____
SUSAN ILLSTON
United States District Judge