UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

        Plaintiff,

    v.

DIAZ, et al.,

        Defendants.

Case No.  15-cv-00787-SI

**ORDER APPOINTING COUNSEL**

      On March 3, 2017, the court referred this action to the Federal Pro Bono Project to find counsel interested in representing plaintiff in this action.  A representative from the Federal Pro Bono Project has informed the court that attorneys John Schreiber, Scotia Hicks, Deepi Punia, and Whitney Carlson of the law firm of Winston & Strawn LLP, located at 35th Floor, 101 California Street, San Francisco, CA 94111, are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.

      Accordingly, attorneys John Schreiber, Scotia Hicks, Deepi Punia, and Whitney Carlson of Winston & Strawn LLP are hereby appointed as counsel for plaintiff for all purposes in this action. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

      All proceedings are stayed until four weeks from the date of this order.

      The court will hold a case management conference at **3:00 p.m. on May 12, 2017**.  The parties shall file a joint case management statement no later than **one week** before the case management conference.  The court is particularly interested in setting a discovery schedule and trial date, and expects the joint case management statement to (a) identify the specific discovery

United States District Court
Northern District of California

that remains to be done, (b) propose a schedule for the completion of that discovery, and (c) propose mutually available trial dates, preferably within the next four to eight months. To aid in scheduling the trial, plaintiff's counsel should make inquiries and include in the joint case management statement information about plaintiff's expected release date from custody, or the length of the sentence plaintiff currently is serving and his minimum eligible parole date.

**IT IS SO ORDERED**.

Dated:   March 20, 2017

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California