UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

    Plaintiffs,

v.

DIAZ, et al.,

    Defendants.

Case No. 15-cv-00787-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 1, 2017.

DESIGNATION OF EXPERTS: January 16, 2018; REBUTTAL: January 31, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 2, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by;;
    Opp. Due:; Reply Due:;
    and set for hearing no later than at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 17, 2018 at 3:30 PM.

JURY TRIAL DATE: July 30, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/10/17

_____
SUSAN ILLSTON
United States District Judge